```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN MCDERMOTT,                  :    CIVIL ACTION
                                   :    NO. 13-6980
         Plaintiff,                :
                                   :
    v.                             :
                                   :
NATIONSTAR MORTGAGE, LLC, et al.   :
                                   :
         Defendants.               :
```

### O R D E R

**AND NOW**, this **13th** day of **November, 2015,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) Defendant's Motion for Leave to File a Reply Brief in Further Support of its Motion for Summary Judgment (ECF No. 47) is **GRANTED.**

(2) Plaintiff's Motion to Respond to Defendant's Reply Brief (ECF No. 48) is **GRANTED.**

(3) Defendant's Motion for Summary Judgment (ECF No. 43) is **DENIED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

1